**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 25, 2016

MEMORANDUM TO MR. HARDY (by U.S. MAIL) AND TO COUNSEL (BY CM/ECF)

Mr. Maurice Hardy #53641-037
FCI Loretto
Federal Correctional Institution
P.O. Box 1000
Loretto, PA  15940

Re:   *United States v. Maurice Hardy*
      Criminal Action No. ELH-11-358
      Civil Action No. ELH-14-3622

Dear Mr. Hardy and Counsel:

As you know, by Order of September 16, 2016 (ECF 498), I directed the government to respond to Mr. Hardy's Motion to Strike (ECF 492) by September 30, 2016.  On September 27, 2016, the government docketed a Motion for Extension of Time (ECF 499), requesting an additional sixty days in which to respond to the Motion to Strike.  Counsel for the government indicated that, due to his involvement in a multi-defendant racketeering matter, he requires additional time to review and respond to the Motion to Strike.  *Id.*

By Order of September 28, 2016 (ECF 500), I granted the Motion for Extension of Time.  My Order stipulated, however, "that by 10/14/2016, Hardy may move to rescind this Order as improvidently granted."  *Id.*

On October 24, 2016, the Clerk docketed "Defendant's Verified Reply To Plaintiff's Failed Response To Defendant's Motion To Strike, Vacate, Dismiss, et., al."  ECF 503.  In his lengthy submission, Mr. Hardy opposes the government's request for an extension of time.  *Id.*

I am persuaded that the government has demonstrated good cause for the requested extension.  *See* Fed. R. Civ. P. 6(d).  Accordingly, I decline to rescind my Order of September 28, 2016.  ECF 500.  The government shall respond to the Motion to Strike by November 25, 2016, as required by ECF 500.

Despite the informal nature of this Memorandum, it is an Order of the Court and the Clerk is directed to docket it as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge